# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2683

_____

United States of America,

        Appellee,

v.

Cesar Caransa-Torres,

        Appellant.

\*
\*
\*   Appeal from the United States
\*   District Court for the District
\*   of Nebraska.
\*
\*      [UNPUBLISHED]
\*
\*

_____

Submitted:  April 21, 2004

Filed:  April 23, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.


Cesar Caransa-Torres appeals the sentence imposed by the district court[*] after Caransa-Torres pleaded guilty to drug charges. On appeal, Caransa-Torres's counsel filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967). Although Caransa-Torres was granted permission to file a pro se supplemental brief, he has not done so. Counsel argues the Sentencing Guidelines and statutory minimum terms of

_____

[*]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

imprisonment violate the Separation of Powers Doctrine and the Eighth Amendment. These arguments fail.  <u>See</u> <u>Chapman v. United States</u>, 500 U.S. 453, 467 (1991); <u>Mistretta v. United States</u>, 488 U.S. 361, 380-84 (1989); <u>United States v. Prior</u>, 107 F.3d 654, 658-60 (8th Cir.), <u>cert. denied</u>, 522 U.S. 824 (1997).

Having carefully reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.  Thus, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____